1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, JORGE CARRILLO

5
              IN THE UNITED STATES DISTRICT COURT FOR THE
6
                   EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,        )    CASE NO.  06-00200 OWW
                                    )
9       Plaintiff,                  )    **STIPULATION AND ORDER**
                                    )    **TO CONTINUE SENTENCING**
   v.                               )
10                                  )
   JORGE CARRILLO,                  )
11                                  )
        Defendant.                  )
12 _____)

13      The parties hereto, by and through their respective attorneys, stipulate and

14 agree that the sentencing in the instant action currently set for April 23, 2007 be

15 continued until April 30, 2007at 9:00 a.m. in the above-entitled court.

16      The parties have been endeavoring to resolve factual differences outside of

17 court.  It is the intention of the parties that the additional time will allow them to

18 complete resolution of factual disputes and obviate the need for the filing of formal

19 objections.

20 DATED:  April 17, 2007          /s/ Kevin Rooney_____
                                   KEVIN ROONEY
21                                 Assistant United States Attorney
                                   **This was agreed to by Mr. Boone**
22                                 **via telephone on April 16, 2007**

23

24 DATED:  April 17, 2007          /s/ Roger K. Litman_____
                                   ROGER K. LITMAN
25                                 Attorney for Defendant
                                   JORGE CARRILLO
26 IT IS SO ORDERED.

27 **Dated:    April 19, 2007**          _____/s/ Oliver W. Wanger_____
                                   UNITED STATES DISTRICT JUDGE
28

                                   1