1 ROGER K. LITMAN, 57634
Attorney at Law
2 2300 Tulare Street, Suite 230
Fresno, California 93721
3 Telephone: (559) 237-6000

4 Attorney for Defendant, JORGE CARRILLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 06-00200 OWW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JORGE CARRILLO, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing in the instant action currently set for April 23, 2007 be continued until April 30, 2007 at 9:00 a.m. in the above-entitled court.

The parties have been endeavoring to resolve factual differences outside of court. It is the intention of the parties that the additional time will allow them to complete resolution of factual disputes and obviate the need for the filing of formal objections.

DATED: April 17, 2007        /s/ Kevin Rooney
                             KEVIN ROONEY
                             Assistant United States Attorney
                             **This was agreed to by Mr. Boone
                             via telephone on April 16, 2007**

DATED: April 17, 2007        /s/ Roger K. Litman
                             ROGER K. LITMAN
                             Attorney for Defendant
                             JORGE CARRILLO

IT IS SO ORDERED.

**Dated:   April 19, 2007**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1