IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-06-200 OWW |
| | ) | |
| | ) | ORDER RULING THAT JORGE |
| | ) | CARRILLO DOES NOT CONSENT TO |
| Plaintiff/ | ) | THE RECHARACTERIZATION OF |
| Respondent, | ) | THE MOTION FILED ON JUNE 8, |
| | ) | 2009 TO BE A MOTION TO |
| | ) | VACATE, SET ASIDE OR CORRECT |
| vs. | ) | SENTENCE PURSUANT TO 28 |
| | ) | U.S.C. § 2255 |
| | ) | |
| JORGE CARRILLO, | ) | |
| | ) | |
| | ) | |
| Defendant/ | ) | |
| Petitioner. | ) | |
| | ) | |
| | ) | |

By Order filed on June 15, 2009, the Court deemed Petitioner's motion filed on June 8, 2009 to be a motion to withdraw guilty plea and denied the deemed motion. Because Petitioner's motion could be construed as a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, the Court, pursuant to *United States v. Seesing*, 234 F.3d 456 (9th Cir.2000), advised Petitioner of the time requirements for such a motion and that a Section 2255 motion must set forth all grounds

1

upon which a petitioner claims relief.  Petitioner was ordered to file a pleading with the Court within 30 days of the filing date of the June 15, 2009 Order advising whether or not he consents to the recharacterization of his motion as a Section 2255 motion or whether he elects to withdraw his pleading.  The June 15, 2009 Order stated:  "If Petitioner fails to timely comply with this Order, the Court will deem that Petitioner does not consent to the recharacterization of the June 8, 2009 motion as a Section 2255 motion."

Petitioner has not complied with the June 15, 2009 Order. The Court rules that Petitioner does not consent to the recharacterization of the June 8, 2009 motion as a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

Dated:   July 28, 2009                     /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE